# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JAN 16, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Pedro Camacho-Corona,

                Plaintiff,

v.

Angel Ortiz, et al.,

                Defendants.

ED 14-cv-00543 VAP (KKx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order Granting the Motions for Summary Judgment filed by Defendants Normand Blier, Lilia Castillo, Jacqueline Gepulle, Angel Ortiz, and Salvador Villalon, filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 1/16/18

                                    Virginia A. Phillips
                                    Chief United States District Judge